UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS MCADORY,

                Plaintiff,                      Case no. 07-13192
                                                  Honorable John Corbett O'Meara

v.

MICHAEL R. ENGELSGJERD, et al.,

                Defendants.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

      The Court having reviewed the January 18, 2011, Report and Recommendation filed by

Magistrate Judge Paul J. Komives, as well as conducting a thorough review of the record, and

being fully advised in the premises;

      IT IS HEREBY ORDERED that the Report and Recommendation is accepted and

adopted by this Court.

      IT IS FURTHER ORDERED that this matter is DISMISSED pursuant to Fed. R. Civ. P.

41(b).

                              s/John Corbett O'Meara
                              United States District Judge

Date:  February 23, 2011

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date,
February 23, 2011, using the ECF system and/or ordinary mail.

                              s/William Barkholz
                              Case Manager